# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

TARGET CORPORATION,

        Plaintiff,

v.

LCH PAVEMENT CONSULTANTS, LLC; UNITED PAVING COMPANY, a division of SUPERIOR PAVING CO, INC.; AMERICAN PAVEMENT SOLUTIONS INC.; ASPHALT MAINTENANCE INC.; LESLIE J. BAILEY; LOIS WADE; and KEITH HEUTZENROEDER;

        Defendants.

Civil No. 12cv01912 JNE/JJK

**ORDER**

Pursuant to the Stipulation Regarding Target Corporation's Motion to Compel and for Sanctions and United Paving Company's Motion to Quash and for Protective Order (Doc. No. 307) entered into by Plaintiff Target Corporation and Defendant United Paving Company,

**IT IS HEREBY ORDERED** that the Stipulation (Doc. No. 307) is approved, Target Corporation's Motion to Compel and for Sanctions (Doc. No. 293) is withdrawn, United Paving Company's Motion to Quash and for a Protective Order (Doc. No. 286) is withdrawn, and the hearing on these motions scheduled for September 30, 2013 is cancelled.

Dated: September 24, 2013

                              *s/ Jeffrey J. Keyes*
                              JEFFREY J. KEYES
                              United States Magistrate Judge